# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 1/90

IN UNITED STATES: [X] MAGISTRATE [ ] DISTRICT [ ] APPEALS COURT [ ] OTHER PANEL (Specify Below)

IN THE CASE OF: U.S. vs. Perez-Ponce

FILED JUN - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

DOCKET NUMBERS: 08MJ8517

PERSON REPRESENTED (Show your full name): Martin Perez-Ponce.

CHARGE/OFFENSE: **NOT FOR PUBLIC VIEW** 21 U.S.C. 952, 960

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? [X] Yes [ ] No [ ] Am Self Employed
- Name and address of employer: Agencies Petty
- IF YES, how much do you earn per month? $ 800.00
- IF NO, give month and year of last employment / How much did you earn per month $ ___
- If married is your Spouse employed? [ ] Yes [X] No
- IF YES, how much does your Spouse earn per month $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ ___ SOURCES ___

**CASH**
- Have you any cash on hand or money in savings or checking account [ ] Yes [X] No  IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
- IF YES, GIVE VALUE AND DESCRIBE IT: VALUE ___ DESCRIPTION ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: [ ] SINGLE [X] MARRIED [ ] WIDOWED [ ] SEPARATED OR DIVORCED
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: wife, son

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Pay |
|---|---|---|---|
| | Rent | $ | $ 320.00 |
| | utilities | $ | $ 120.00 |
| | food + clothes | $ | $ 100.00 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): X MARTIN PEREZ PONCE   6-9-2008

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT...